1  SAO
   **Law Offices of MELISSA P. HARRIS**
2  **Sheryl L. Berenbaum, Esq.**
   Nevada Bar No.: 007277
3  750 E. Warm Springs Road
   Suite 320, Box 19
4  Las Vegas, Nevada 89119
   Telephone Number:   (702) 387-8070
5  Facsimile Number:   (702) 387-8085

6  Attorney for Defendant
   *Lawrence Roll-Up Doors, Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | LOUIS KITCHENS,                              ) Case No. CV-S-04-1119-RLH(LRL)
                                                  )
11 |             Plaintiff,                       )
                                                  )
12 |      —vs—                                    )
                                                  )
13 | LAWRENCE ROLL-UP DOORS, INC.;                )
   | DOORS AND BUILDINGS COMPONENTS,              )
14 | INC.; and ROES I through X inclusive,        )
                                                  )
15 |             Defendants.                      )
   |_____ )
16 | DOORS AND BUILDING COMPONENTS,               )
   | INC., d/b/a NCI BUILDING SYSTEMS, L.P.,      )
17 |                                              )
                                                  )
18 |             Cross-Claimant/                  )
   |             Cross-Defendant,                 )
                                                  )
19 |      —vs—                                    )
                                                  )
20 | LAWRENCE ROLL-UP DOORS, INC.,                )
                                                  )
21 |             Cross-Defendant/                 )
   |             Cross-Claimant.                  )
22 |                                              )
   |_____ )
23 | FEDERAL INSURANCE COMPANY,                   )
                                                  )
   |             Intervenor.                      )
24 |_____ )

25               **STIPULATION AND ORDER FOR DISMISSAL**

26 //

27 //

28

-1-

1  **IT IS HEREBY STIPULATED** by and between the parties, through their respective
2  counsel, that Plaintiff LOUIS KITCHENS' causes of action, as well as any and all cross-claims,
3  be dismissed with prejudice, and that all parties are to bear their own costs and attorney's fees.
4  DATED this ___ day of June, 2006.

The Law Offices of MELISSA P. HARRIS

_____
SHERYL L. BERENBAUM, ESQ.
Nevada Bar No.: 007277
750 E. Warm Springs Rd., Ste. 320
Las Vegas, Nevada 89119
Telephone Number: (702) 387-8070
Attorney for Defendant
***Lawrence Roll-Up Doors, Inc.***

DATED this 27 day of June, 2006.

HARRIS * SCHWARTZ

_____
RALPH SCHWARTZ, ESQ.
Nevada Bar No.: 005488
400 South Fourth Street
Las Vegas, Nevada 89101
Telephone Number: (702) 880-4529
Attorney for Plaintiff
***Louis Kitchens***

DATED this ____ day of June, 2006.

ROSE WALKER

_____
Kelly Cash, ESQ.
3500 Maple Ave., Ste. 900
Dallas, TX 75219
Telephone Number: (214) 752-8600
Attorney for Defendant
***Doors and Building Components***

26  //
27  //

The Law Offices of
MELISSA P. HARRIS
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas NV 89119
Phone: (702) 387-8070
Fax: (702) 387-8085

-2-

| | |
|---|---|
| **Stipulation and Order for Dismissal** | Case No. CV-S-04-1119-RLH(LRL) |

DATED this 2? day of June, 2006.

J. MICHAEL MCGROARTY, CHTD.

_/s/ Susan M. Harrelson_  
Susan M. Harrelson, Esq.  
Nevada Bar No.: 008107  
7381 W. Charleston Blvd., Ste. 130  
Las Vegas, NV 89117  
Telephone Number:   (702) 388-1717  
Attorney for Intervenor  
**Federal Insurance Co.**

## ORDER

**IT IS SO ORDERED.**

DATED AND DONE this _____ day of June, 2006.

_____  
**DISTRICT COURT JUDGE**

SUBMITTED BY:

**The Law Offices of MELISSA P. HARRIS**

_/s/_  
SHERYL L. BERENBAUM, ESQ.  
Attorney for Defendant  
**Lawrence Roll-Up Doors, Inc.**

The Law Offices of
MELISSA P. HARRIS
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas NV 89119
Phone: (702) 387-8070
Fax: (702) 387-8085